IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 01-cv-01857-RPM

ATTORNEYS TITLE GUARANTY FUND, INC.,
As successor in interest and assignee of
Joseph H. Fallon, IV,

    Plaintiff,

v.

PROLAND MANAGEMENT, LLC;
CRAIG NELSON; and
TOM WARNES,

    Defendants.
_____

## ORDER SETTING PRETRIAL CONFERENCE
_____

The Court having determined that this case should now be set for a pretrial conference, it is

ORDERED that a pretrial conference is scheduled for **May 2, 2006, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/rules frame.htm** (Appendix G). In addition, the proposed Final Pretrial Order shall be submitted via E-mail to **Matsch_Chambers@cod.uscourts.gov**. by **April 27, 2006,**

    DATED: March 15th, 2006

                      BY THE COURT:
                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior District Judge