IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 01-cv-01857-RPM

ATTORNEYS TITLE GUARANTY FUND, INC.,
As successor in interest and assignee of
Joseph H. Fallon, IV,

      Plaintiff,

v.

PROLAND MANAGEMENT, LLC;
CRAIG NELSON; and
TOM WARNES,

      Defendants.
_____

## ORDER SETTING TRIAL DATE
_____

Pursuant to the pretrial conference convened on May 2, 2006, it is

ORDERED that this matter is set for trial to jury on **June 26, 2006, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

DATED: May 3 , 2006

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge