IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 01-cv-01857-RPM

ATTORNEYS TITLE GUARANTY FUND, INC.,
As successor in interest and assignee of
Joseph H. Fallon, IV,

    Plaintiff,

v.

PROLAND MANAGEMENT, LLC;
CRAIG NELSON; and
TOM WARNES,

    Defendants.
_____

### ORDER DENYING TELEPHONIC TESTIMONY
_____

Upon consideration of the Unopposed Motion to Permit Telephonic Testimony of Dr. Joseph H. Fallon, IV at Trial (Doc. #129), it is

ORDERED that the motion is denied.

DATED: May 25th, 2006

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge