IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 01-cv-01857-RPM

ATTORNEYS TITLE GUARANTY FUND, INC.,
As successor in interest and assignee of
Joseph H. Fallon, IV,

      Plaintiff,
v.

PROLAND MANAGEMENT, LLC;
CRAIG NELSON; and
TOM WARNES,

      Defendants.

---

ORDER RESCHEDULING TRIAL DATE

---

Pursuant to the conference convened on June 15, 2006, it is

ORDERED that the June 26, 2006, trial date is vacated. Trial to Jury is rescheduled for **September 18, 2006, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial**, in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm.** Additionally, two paper copies of proposed jury instructions regarding the foreclosure issue shall be submitted directly to Chambers by August 18, 2006.

      DATED: June 16, 2006

                                      BY THE COURT:

                                      _/s/ Richard P. Matsch_____
                                      Richard P. Matsch, Senior District Judge